IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01904-WDM-KMT

REYNETTE MICHELLE MORENO

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, A Member of the American Family Insurance Group,

    Defendant.

---

## **MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Defendant's Uncontested Motion to Vacate Settlement Conference Set for March 17, 2008, and Certificate of Compliance with D.C. Colo. LCivR 7.1(A) and 6.1(D)" (#21, filed March 10, 2008) is GRANTED. A Status Conference is set for **June 2, 2008 at 9:00 a.m.**

Dated: March 12, 2008