IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01904-WDM-KMT

REYNETTE MICHELLE MORENO

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, A Member of the American Family Insurance Group,

    Defendant.

## **MINUTE ORDER**

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

"Plaintiff's Uncontested Motion to Amend Scheduling Order with Regard to Expert Disclosure and Certificate of Compliance with D.C. Colo. LCivR, 7.1 and 6.1" (#25, filed April 28, 2008) is GRANTED. Plaintiff's Expert Disclosures are due on or before May 25, 2008 and Defendant's Expert rebuttal deadline is June 25, 2008.

Dated: April 30, 2008