IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 07-cv-01904-WDM-KMT | FTR |
| Date: June 02, 2008 | Debra Brown, Deputy Clerk |
| REYNETTE MICHELLE MORENO, | Gregory Chernushin |
| Plaintiff(s), | |
| v. | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Robert W. Harris |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**STATUS CONFERENCE**

**Court in Session: 9:09 a.m.**

Court calls case. Appearances of counsel.

Discussion by the Court regarding the following motions filed by Counsel.

[29]   MOTION for Leave to Appear by Phone at Status Conference for Counsel by Plaintiff is **DENIED** for failure to confer.

[31]   First MOTION to Amend/Correct/Modify Motion to Appear by Phone for Status Conference by Plaintiff has not been referred at this point, however is now moot.

Discussion regarding the status of the case and need for setting a Settlement Conference or private mediation.

**ORDERED:**   The parties are to file a Joint Status Report on or before **August 28, 2008.**

**Court in recess: 9:14 a.m.**
Total In-Court Time 0:05, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.