IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01904-WDM-KMT

REYNETTE MICHELLE MORENO,

 Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

 Defendant.
_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

 The following minute order is entered by Judge Walker D. Miller:

 Plaintiff's motion to file sur reply is granted, to be filed on or before October 10, 2008, and limited to 10 pages.

Dated: September 24, 2008

           s/ Jane Trexler, Judicial Assistant